Paula Pearlman (State Bar No. 109038)
paula.pearlman@lls.edu
Shawna L. Parks (State Bar No. 208301)
shawna.parks@lls.edu
DISABILITY RIGHTS LEGAL CENTER
919 Albany Street
Los Angeles, California 90015
Telephone: (213) 736-1031
Facsimile: (213) 736-1428

Robert Dell Angelo (State Bar No. 160409)
robert.dellangelo@mto.com
Bethany Woodard (State Bar No. 241891)
bethany.woodard@mto.com
Kristina Wilson (State Bar No. 247829)
kristina.wilson@mto.com
MUNGER, TOLLES & OLSON, LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESSY LAUDERDALE, CORNELIO VERA, and BERTHA DIMAS, individually and on behalf of the class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LONG BEACH, a municipal corporation; LONG BEACH POLICE DEPARTMENT, a public entity; DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV 08-979 ABC (JWJx)<br><br>[~~Proposed~~] Order Granting Motion for:<br>(1) Preliminary Approval of Class Action Settlement Agreement;<br>(2) Class Certification for Purposes of Settlement; and<br>(3) The Setting of a Schedule for Hearing on Final Approval;<br><br>Date:   December 14, 2009<br>Time:   10:00 a.m.<br>Court:  680<br>Judge:  Hon. Audrey B. Collins<br><br>**NOTE CHANGES MADE BY THE COURT** |

[PROPOSED] ORDER GRANTING
PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENT/CERTIFICATION

On December 14, 2009, in Courtroom 680 of the above-captioned court, before the Honorable Audrey B. Collins, Chief Judge presiding, Plaintiffs' Motion for Preliminary Approval of the Class Action Settlement Agreement, Class Certification for Purposes of Settlement and the Setting of a Schedule for Hearing on Final Approval came on for hearing.

Plaintiffs Cessy Lauderdale, Bertha Dimas and Cornelio Vera and Defendants City of Long Beach and Long Beach Police Department appeared by and through their respective counsel of record. The Court, having considered the evidence presented and the argument of counsel, as well as the record herein, finds that the requirements of Federal Rules of Civil Procedure 23(a), 23(b)(2) and 23(g) are met in this case for settlement purposes only, preliminary finds that the requirements of Federal Rules of Civil Procedure 23(e) are met in this case, and that the proposed settlement appears to be a fair, reasonable and adequate settlement for the class. Accordingly, THE COURT HEREBY ORDERS THAT:

1. The Motion for Preliminary Approval of the Class Action Settlement Agreement, Class Certification for Purposes of Settlement and the Setting of a Schedule for Hearing on Final Approval is granted;

2. Pursuant to the Settlement Agreement (attached as Exhibit A to the Parties' Motion) and Rules 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure, the Court hereby certifies this action as a class action for purposes of settlement only.

3. The Settlement Class is defined as follows: individuals who are deaf or hard of hearing, and who have interacted or will or currently interact with Long Beach Police Department, including during investigation, arrest, booking or interrogation while in the Long Beach Police Department's custody and were denied effective communication;

4. The class claims are those disability related claims set forth in Plaintiffs' Complaint, specifically that Defendants failed to effectively communicate with the class in violation of (1) Title II of the Americans with

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT/CERTIFICATION

Disabilities Act; (2) Section 504 of the Rehabilitation Act of 1973; (3) Cal. Gov. Code §11135; (4) Unruh Civil Rights Act (Cal. Civil Code § 51, *et seq.*); and (5) Blind and Other Physically Disabled Persons Act (Cal. Civil Code § 54, *et seq.*). The class is certified for injunctive and declaratory relief only.

5. Plaintiffs Cessy Lauderdale, Bertha Dimas and Cornelio Vera are the class representatives and meet the requirements of Rule 23(a)(4);

6. Plaintiffs' counsel, Disability Rights Legal Center and Munger, Tolles & Olson LLP, are appointed class counsel in accordance with Rule 23(g);

7. This Court preliminary approves the class settlement in the above captioned action;

8. The notice of settlement prepared by the parties and attached as Exhibit A to the Settlement Agreement is hereby found to comply with Rule 23(e) and is to distributed pursuant to the Settlement Agreement, with the relevant hearing dates and amount of attorneys' fees added; and

9. Upon receipt of this order and upon this Court's ruling on Plaintiffs' counsels' motion for reasonable attorneys' fees and costs (the result of which will be included in the notice to the class), the notice will be published for thirty days by (1) mailing via U.S. mail and/or email to all known Class Members; and (2) mailing to deaf and/or disability rights organizations mutually identified by the Parties; (3) posting on DLRC's web site, and (4) posting in LBPD Jail and Police Facilities.

10. Upon expiration of the thirty days, counsel will file with the Court any objections or comments received. Within seven calendar days after the filing of comments or objections, counsel will file the motion for final approval to be set on the Court's next available hearing day as a regularly scheduled motion. Upon receipt of the Court's ruling on the instant motion and Plaintiffs' motion for attorneys' fees, counsel for Plaintiffs will calculate the hearing date on the motion

1  for final approval. Counsel will then file with the Court a report containing the
2  hearing date, which will also be included in the notice to the class.
3  IT IS SO ORDERED.

5  DATED: January 11, 2010

Audrey B. Collins
United States District Court