Paula Pearlman (State Bar No. 109038)
paula.pearlman@lls.edu
Shawna L. Parks (State Bar No. 208301)
shawna.parks@lls.edu
DISABILITY RIGHTS LEGAL CENTER
919 Albany Street
Los Angeles, California 90015
Telephone: (213) 736-1031
Facsimile: (213) 736-1428

Robert Dell Angelo (State Bar No. 160409)
robert.dellangelo@mto.com
Bethany W. Kristovich (State Bar No. 241891)
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESSY LAUDERDALE, CORNELIO VERA, and BERTHA DIMAS, individually and on behalf of the class of similarly situated individuals,<br><br>   Plaintiffs,<br><br> vs.<br><br>CITY OF LONG BEACH, a municipal corporation; LONG BEACH POLICE DEPARTMENT, a public entity; DOES 1-10, inclusive,<br><br>   Defendants. | CASE NO. CV 08-979 ABC (JWJx)<br><br>REQUEST FOR DISMISSAL |

1   This matter came before the Court on April 5, 2010. The Court granted final approval to the class action settlement. Accordingly, Plaintiffs hereby request that the action be DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction to enforce the Settlement Agreement for three years from the date of final approval, as set forth in the Settlement Agreement.

DATED: May 6, 2010

DISABILITY RIGHTS LEGAL CENTER

MUNGER, TOLLES & OLSON LLP

By: /s/ Bethany Woodard Kristovich
    Bethany Woodard Kristovich
    Attorneys for Plaintiffs